**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Katie Schmidt v. Daron Nelson

Appellate case number:     01-17-00816-CV

Trial court case number:   CCL-5068

Trial court:               County Court at Law of Washington County

Appellee, Daron Nelson, has filed a fourth motion to extend the time to file his brief. The motion is **granted**.

Appellee's brief is due to be filed no later than **Monday, October 8, 2018**. No further extensions will be granted.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually    ☐ Acting for the Court

Date: October 9, 2018